IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEES OIL COMPANY, INC., et al )
)
)
VS. ) Civil Action No. 3:08CV101-GHD-DAS
)
LION OIL COMPANY, DEFENDANT )

## ORDER

The court granted the plaintiffs' motion for leave to file an amended complaint adding new parties on July 1, 2009. Additionally, the court granted the plaintiffs' motion to continue the trial and suspend all deadlines in this case. However, to date no amended complaint has been filed and no new scheduling deadlines have been entered.

**THEREFORE, IT IS ORDERED:**

1. That the plaintiffs shall file their amended complaint adding Sana Bahhur and Rasul, Inc., within five (5) days of this date.

2. That the parties shall submit a proposed case management order within seven (7) days of the filing of the defendant's response to said amended complaint or the deadline for such filing, whichever period is shorter.

This 5th day of October, 2009.

/s/ David A. Sanders
United States Magistrate Judge